IN THE CIRCUIT COURT FOR THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| DORIAN FURLOW, ERIC FURLOW, COURTEZ FURLOW, COURTNEY FURLOW, and COURTREAUNA FURLOW, | ) ) ) ) |
| Plaintiffs, | ) Cause No. ) |
| v. | ) Division 1 ) |
| Twin City Fire Insurance Company, Serve: Director of Insurance     301 West High St., Rm. 530     Jefferson City, MO 65105 | ) ) **TRIAL BY JURY DEMANDED** ) ) ) |
| Defendant. | ) |

**PETITION**
**(UNDERINSURED MOTORIST CLAIM-WRONGFUL DEATH)**

Come now Plaintiffs Dorian Furlow, Eric Furlow, Courtez Furlow, Courtney Furlow, and Courtreauna Furlow, and for their cause of action against Defendant Twin City Fire Insurance Company, state as follows:

1. That Plaintiffs are residents of the State of Missouri.

2. That Defendant is, and at all relevant times was, a foreign insurance company registered to do business in the State of Missouri, and who transacts business in the State of Missouri, City of St. Louis.

3. That Plaintiffs Dorian Furlow and Eric Furlow are the surviving children of Verilla Furlow ("Decedent") who died in an automobile accident in the City of St. Louis on August 29, 2021.

4. That Plaintiffs Courtez Furlow, Courtney Furlow, and Courtreauna Furlow are the natural children of Decedent's son Courtney Furlow Sr., who predeceased Decedent.

1

5. That Decedent was not married at the time of her death, and Decedent's parents were not living at the time of her death.

6. That Plaintiffs, as the natural children and grandchildren of Decedent, are the only members of the class entitled to bring a claim for the wrongful death of Decedent pursuant to §537.080 RSMo.

7. That on August 29, 2021, Decedent was operating a vehicle that was involved in a motor vehicle collision on Interstate 44 in St. Louis City, Missouri, due to the negligence and carelessness of Angel Shields, to wit:

   A. Angel Shields operated her vehicle in the wrong direction, by traveling eastbound on westbound Interstate 44;

   B. Angel Shields operated her vehicle at an excessive speed for the conditions then and there existing;

   C. Angel Shields failed to keep a careful lookout;

   D. Angel Shields failed to use the highest degree of care under the circumstances.

8. That as a result of the carelessness and negligence of Angel Shields, Decedent suffered serious injuries and died on August 29, 2021.

9. That Angel Shields had automobile insurance coverage through GEICO Casualty Company that had bodily injury policy limits of $100,000.00 per person.

10. That Decedent had automobile insurance coverage through Defendant applicable to the collision of August 29, 2021, which included underinsured motorist coverage for bodily injury/death, with policy limits of $100,000.00 per person.

11. That Plaintiffs have complied with all conditions precedent in order to pursue the underinsured motorist claim with Defendant.

12. That with the consent of Defendant, Plaintiffs settled the bodily injury/death claim against Angel Shields for her policy limits of $100,000.00, however, Plaintiffs' damages far exceeded the $100,000.00 limits.

13. That as a result of the carelessness and negligence of Angel Shields, and resulting death of the decedent, Plaintiffs have lost the care, comfort, instruction, companionship, and guidance of the decedent. In addition, the decedent suffered extreme pain and suffering and further damages between the time of the collision and the time of her death.

14. That Plaintiffs, by and through their attorney Robert J. Radice, have attempted to resolve the underinsured motorist claim with Defendant, but Defendant has refused to offer any payment for Plaintiffs' underinsured motorist claim.

15. That the conduct of Defendant is without reasonable cause or excuse, thereby entitling Plaintiffs to reasonable attorneys' fees, and 20 percent of the first $1,500.00 of Plaintiffs' loss and 10 percent of the amount of Plaintiffs' loss in excess of $1,500.00.

WHEREFORE, Plaintiffs Dorian Furlow, Eric Furlow, Courtez Furlow, Courtney Furlow, and Courtreauna Furlow, pray the Court to enter judgment against Defendant Twin City Fire Insurance Company, in an amount of $100,000.00, plus an additional 20 percent of the first $1,500.00, 10 percent of the amount in excess of $1,500.00, and reasonable attorneys' fees pursuant to §375.420 RSMo. Plaintiffs also pray for costs, interest, and for whatever further relief this Court deems just and proper.

3

Electronically Filed - City of St. Louis - December 08, 2022 - 02:43 PM

/s/ Robert J. Radice

Robert J. Radice #30697
HORAS, RADICE & ASSOCIATES, LLC
Attorneys for Plaintiffs
2123 Marconi Avenue
St. Louis, MO 63110
(314) 241-4505
(314) 241-7779 Fax
bradice@HRmidwestlaw.com

Case: 4:23-cv-00059-AGF   Doc. #: 7   Filed: 01/18/23   Page: 4 of 4 PageID #: 48