UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DORIAN FURLOW, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:23-CV-00059 AGF |
| TWIN CITY FIRE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

Pursuant to the Memorandum and Order filed herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Defendant and against Plaintiffs.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2024.